IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALPHONSO JAMES, SR.,

      Appellant,

v.

RICK SCOTT, GOVERNOR,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1063

Opinion filed September 22, 2016.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Alphonso James, Sr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Charles J. F. Schreiber, Jr., Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, KELSEY, and JAY, JJ., CONCUR.